IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETITION TO APPEAR ON BEHALF OF THE UNITED STATES

JAVIER CALDERON GARNIER  MISC. NO. 06-_134_ (JAF)
Special Assistant U.S. Attorney
U.S. Army Garrison
Installation Legal Office
218 Brooke Street
Fort Buchanan, P.R.  00934

ORDER

Rosa Emilia Rodríguez, United States Attorney, District of Puerto Rico, has filed on June 20, 2006 a request on behalf of Javier Calderon Garnier, Special Assistant U.S. Attorney of the U.S. Army, Criminal Division, Fort Buchanan, Puerto Rico, for the purpose of appearing before this Court to represent the United States.

Pursuant to Rule 83.1(e) of the Local Rules of the Court, attorneys employed by the United States, its agencies and dependencies, may appear as attorney of record for the United States. Accordingly, Javier Calderon Garnier is granted leave to appear as attorney of record for the United States in cases before this District and will be assigned an attorney number for that limited purpose. Said attorney will inform the Court, by motion, when his appointment in the U.S. Department of Justice terminates. Moreover, said attorney is ORDERED to appear at the Clerk's Office when physically within the District of Puerto Rico, to sign the registry of attorneys.

In San Juan, Puerto Rico this 21st day of June, 2006.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court

Lida Isis Egele
Operations Manager

**BAR NO.** _G00401_

JUN 2 1 2006
s/c: US Atty. Rosa Emilia Rodríguez
SAUSA Javier Calderon Garnier